# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL MESA, | |
| Plaintiff(s), | Case No. 2:14-cv-01662-JCM-NJK |
| vs. | ORDER |
| JEFFREY S. NARDIELLO, et al., | (Docket No. 3) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for an extension of time to submit a completed application to proceed *in forma pauperis*. Docket No. 3. On January 29, 2015, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* as incomplete. Docket No. 2. The Court ordered that Plaintiff had until February 26, 2015, to either submit a completed application or pay the $400.00 filing fee. *Id.*, at 2. Plaintiff, an inmate at the Nevada Southern Detention Center, mailed the motion for extension on February 25, 2015, and it was filed on February 27, 2015. *See* Docket No. 3. Plaintiff represents that he is waiting for the prison financial officer to return papers he needs to complete his application to proceed *in forma pauperis*. *Id.*

Accordingly, for good cause shown, Plaintiff's motion for extension of time (Docket No. 3) is hereby **GRANTED**. Plaintiff shall have until **March 20, 2015**, in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

IT IS SO ORDERED.

DATED: March 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge